forth the reasons for this order. The judgment of the trial court setting aside the default judgment in part is affirmed pursuant to Rule 84.16(b).

■

**Shawn ROSS, Appellant,**

v.

**Brooke Nicole ROSS, Respondent.**

**No. ED 75237.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 7, 1999.

Murry A. Marks, Jonathan Marks, St. Louis, for appellant.

Ellen Watkins, John Bleckman, St. Louis, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

Petitioner–Husband, Shawn Ross, appeals from the trial court's judgment granting in part the motion of respondent-wife, Brooke Nicole Ross, to set aside the default judgment entered on husband's petition for dissolution of marriage.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting

■

**STATE of Missouri, Respondent,**

v.

**Albert SCHLEICHER, Appellant/Petitioner.**

**No. ED 75023.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 7, 1999.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KAROHL, and MARY K. HOFF, JJ.

### ORDER

PER CURIAM.

Defendant, Albert Schleicher, appeals from his judgments of conviction, after a jury trial, of robbery in the first degree and armed criminal action. He was sentenced, as a prior and persistent offender, to concurrent terms of imprisonment of twenty years and five years respectively.

No jurisprudential purpose would be served by a written opinion. The judg-

ments of conviction are affirmed. Rule 30.25(b).